**WINDELS MARX LANE & MITTENDORF, LLP**
156 West 56th Street
New York, New York 10019
(212) 237-1000
Charles E. Simpson (CES-2130)

Attorneys for Urban Communicators PCS
   Limited Partnership, et al.,
   Debtors-in-Possession

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------x
                                                :
In re:                                  :  Chapter 11 Case
                                                :  Nos. 98-B-47996
URBAN COMMUNICATORS PCS LIMITED    :        98-B-47997 and
PARTNERSHIP, et al.,                  :        98-B-10086 (REG)
                                                :
                    Debtors.          :
-------------------------------------x

## NOTICE OF APPEAL

     Petitioners, Urban Communicators PCS Limited Partnership, et al., Debtors-in-Possession (the "Debtors"), hereby appeals, pursuant to 28 U.S.C. §158(a), to the United States District Court for the Southern District of New York from the Order of Honorable Robert E. Gerber, United States Bankruptcy Judge, dated and entered on December 11, 2007, which Order granted the motion of Gabriel Capital L.P. ("Gabriel"), for (i) pendency interest on its secured claim, allowing Gabriel pendency interest to the extent the simple interest equivalent rate does not exceed 25% per annum, and (ii) Gabriel's request for reasonable fees, costs, or charges provided for under the

{10429483:1}

agreements, to the extent Gabriel has not previously received them.

The names of the parties to the Order appealed from and the names, addresses and telephone numbers of their respective counsel are as follows:

>**WINDELS MARX LANE & MITTENDORF, LLP**
>156 West 56th Street
>New York, NY 10027
>(212) 237-1000
>Attn: Charles E. Simpson, Esq.
>*Counsel to the Debtors*

>**KASOWITZ, BENSON, TORRES & FRIEDMAN, LLP**
>1633 Broadway
>New York, New York 10019
>(212) 506-1700
>Attn: David Friedman, Esq.
>      Robert Novick, Esq.
>*Counsel to Gabriel Capital L.P.*

Dated: New York, New York
       December 18, 2007

>WINDELS MARK LANE & MITTENDORF, LLP
>
>By: _____
>    Charles E. Simpson (CES-2130)
>    **A Member of the Firm**
>
>156 West 56th Street
>New York, New York 10019
>(212) 237-1000
>
>Attorneys for Urban Communicators PCS Limited Partnership, et al., Debtors-in-Possession

2

{10429483:1}