UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
------------------------------------X
In re                               :    08 Civ. 502 (RWS)
URBAN COMMUNICATIONS PCS, L.P.
                                    :
            Debtor.                      SCHEDULING ORDER

------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/15/08

**Sweet, D.J.**

       This bankruptcy appeal, filed January 18, 2008 shall proceed on the following schedule:

    1)   Appellant shall serve and file its brief within 15 days of the signing of this order.

    2)   Appellee shall serve and file its brief within 15 days after service of the brief of the appellant.

    3)   Appellant may serve and file a reply brief within 10 days after service of the brief of the appellee, and if the appellee has cross-appealed, the appellee may file and serve a reply brief to the response of the appellant to the issue presented in the cross-appeal within 10 days after service of the reply brief of the appellant.

    4)   Argument on the appeal will be heard on April 16, 2008 at 12:00 noon in courtroom 18C.

    All mail and telephone calls concerning the calendar status of this action must be directed to the Courtroom Clerk (212) 805-0124.

    It is so ordered.

New York, NY
February /*/, 2008

                                          ROBERT W. SWEET
                                              U.S.D.J.