**WINDELS MARX LANE & MITTENDORF, LLP**
156 West 56th Street
New York, New York 10019
(212) 237-1000
Charles E. Simpson (CES-2130)

Attorneys for Appellants, Urban Communicators PCS
 Limited Partnership, et al., Debtors-in-Possession

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
URBAN COMMUNICATORS PCS LIMITED         :   08 Civ. 502
PARTNERSHIP, et al., Debtors,           :   08 Civ. 945
                                        :   08 Civ. 946
            Appellants.                 :   08 Civ. 947 (RWS)
                                        :
   -against-                            :   USBC  98-B-47996
                                        :         98-B-47997 and
GABRIEL CAPITAL, L.P.,                  :         98-B-10086 (REG)
                                        :
            Cross-Appellant.            :   Jointly Administered
                                        :
-----------------------------------------------------------------x

### STIPULATION TO ENLARGE TIME
### FOR THE FILING OF REPLY BRIEFS

Appellants, Urban Communicators PCS Limited Partnership, et al. ("Urban Comm"), and Cross-Appellant, Gabriel Capital, L.P. ("Gabriel"), by their undersigned counsel, hereby stipulate and agree to enlarge the time for Urban Comm and Gabriel to serve and file their respective Reply Briefs in connection with the above-captioned appeals from March 24, 2008 to March 28, 2008. In accordance herewith, the Reply Briefs shall be filed no later than March 28, 2008.



{10447184:1}

| | |
|---|---|
| **URBAN COMMUNICATORS PCS LIMITED PARTNERSHIP, et al.** | **GABRIEL CAPITAL, L.P.** |
| By their attorneys,<br>/s/ Charles e. Simpson<br>Charles E. Simpson, Esq.(CES-2130) | By its attorneys,<br>/s/ Robert Novick<br>Robert Novick, Esq.(RN-4037) |
| **WINDELS MARX<br>LANE & MITTENDORF, LLP**<br>156 W. 56th Street<br>New York, NY 10019<br>(212) 237-1000 | **KASOWITZ BENSON<br>TORRES & FRIEDMAN, LLP**<br>1633 Broadway<br>New York, NY 10019<br>(212) 506-1700 |

SO ORDERED:

_____
The Honorable Robert W. Sweet
United States District Court Judge

Dated: 3.20.08

{10447184:1}