**WINDELS MARX LANE & MITTENDORF, LLP**
156 West 56th Street
New York, New York 10019
(212) 237-1000
Charles E. Simpson (CES-2130)

Attorneys for Appellants, Urban Communicators PCS
 Limited Partnership, *et al.*, Debtors-in-Possession

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
| | |
|---|---|
| URBAN COMMUNICATORS PCS LIMITED PARTNERSHIP, *et al.*, Debtors, | 08 Civ. 502 |
| | 08 Civ. 945 |
| | 08 Civ. 946 |
| Appellants. | 08 Civ. 947 (RWS) |
| -against- | USBC  98-B-47996 |
| | 98-B-47997 and |
| GABRIEL CAPITAL, L.P., | 98-B-10086 (REG) |
| Cross-Appellant. | <u>Jointly Administered</u> |

------------------------------------------------------------------x

STATE OF NEW YORK    )
                    : ss.:
COUNTY OF NEW YORK  )

### AFFIDAVIT OF SERVICE

**MARIA VITALE-RULLO**, being duly sworn, deposes and says:

1. I am employed by the firm of Windels Marx Lane & Mittendorf, LLP, I am not a party to this action, am over 18 years of age and reside at Queens County, New York.

2. On March 31, 2008, I caused to be served by regular mail **APPELLANTS' REPLY BRIEF** upon the following:

> KASOWITZ, BENSON, TORRES & FRIEDMAN, LLP
> 1633 Broadway
> New York, New York 10019
> Attn: Robert Novick, Esq.
> Counsel to Gabriel Capital L.P.

{10448827:1}

**SKADDEN ARPS,** *et al.*
1440 New York Avenue, N.W.
Washington, D.C. 20036
Attn: Antoinette Cook Bush, Esq.

**URBAN COMMUNICATORS PCS LIMITED PARTNERSHIP**
c/o Access.1 Communications Corp.
11 Penn Plaza, 16th Floor
New York, New York 10018
Attn: Mr. Sydney Small

at the addresses designated by said persons and/or entities for that purpose, by causing the depositing of true copies of same enclosed in postpaid, properly addressed wrappers in an official depository under the exclusive care and custody of the United States Postal Service within the State of New York.

*Maria Vitale-Rullo*
**MARIA VITALE-RULLO**

Sworn to before me this
31st day of March, 2008

_____
Notary Public

DEREK ETHERIDGE
Notary Public, State of New York
No. 02-ET6116250
Qualified in New York County
My Commission Expires 11/01/2008

{10448827:1}                           2